## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIZABETH PLAZA RODRÍGUEZ AND/OR STRATEGIC CONSULTANTS INTERNATIONAL LLC<br><br>PLAINTIFFS<br><br>V.<br><br>PHARMA-BIO SERV., INC.,  AND PHARMA-BIO SERV. PR, INC.<br><br><br>DEFENDANTS | CASE NO. 21-01084<br><br>REMOVED CASE<br>PR LAW 80, PR LAW 115<br>BREACH OF CONTRACT<br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COME NOW the undersigned counsel, on behalf of Plaintiffs ELIZABETH PLAZA RODRIGUEZ AND STRATEGIC CONSULTANTS INTERNATIONAL, LLC, hereinafter, "the ("Plaintiffs") and respectfully alleges and prays as follows:

1. The Plaintiffs in the above captioned matter have notified their undersigned attorney that they wish to desist of their claims before this Honorable Court. The parties have reached a preliminary agreement that settles the claims alleged in the complaint file in this Honorable Court.

2. Accordingly, Plaintiffs now move for the voluntary dismissal of their claims with prejudice pursuant to the provisions of Fed. R. Civ. P 41(a)(1)(A)(i).

1

**WHEREFORE**, plaintiffs very respectfully request this Honorable Court grant this motion and order the dismissal of the instant action with prejudice.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the instant document has been filed with the court's CM/ECF System, which will simultaneously serve notice on all counsel of record, to their registered e-mail address.  Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico, this 28th day of April, 2021.

**FACCIO & PABON ROCA**
P.O. Box 11397
San Juan, Puerto Rico 00910-2497
Urb. Villa Nevárez
#308 Calle 32
San Juan, Puerto Rico 00927
Tel. 787-764-1800/Fax 787-777-0737

**S/Luis Pabón-Roca**
Luis E. Pabón Roca
USDC-PR 210101
lpabonroca@microjuris.com