### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELIZABETH PLAZA-RODRIGUEZ, ET AL.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PHARMA-BIO SERV., INC, AND PHARMA-BIO SERV. PR, INC.,**<br><br>**Defendants.** | **CIVIL NO. 21-1084 (PAD)** |

### JUDGMENT

In accordance with Order issued today (Docket No. 21), the court hereby enters judgment dismissing plaintiffs' claims with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of April, 2021.

                                                  s/Pedro A. Delgado-Hernández
                                                  PEDRO A. DELGADO-HERNÁNDEZ
                                                  United States District Judge